J. RUSSELL STEDMAN (SBN 117130)
PETER J. FELSENFELD (SBN 260433)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendant SUN LIFE ASSURANCE COMPANY OF CANADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT REYNARD,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA and KELLY-MOORE PAINT HEALTH AND WELFARE PLAN,<br><br>Defendants. | Case No. 3:15-cv-01572 JCS<br><br>**STIPULATION EXTENDING DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: April 7, 2015 |

Plaintiff Robert Reynard ("Plaintiff") and Defendant Sun Life Assurance Company of Canada ("Sun Life") (collectively "the Parties"), through their counsel of record stipulate as follows:

RECITALS

1. Plaintiff filed the Complaint initiating this action on August 7, 2015.

2. Sun Life was served with the Summons and Complaint by U.S. Mail post-marked on April 8, 2015, such that its deadline to respond to the Complaint is May 11, 2015.

3. Sun Life has asked for additional time to respond to the Complaint. Plaintiff is agreeable to the extension.

4. This is the Parties' first request for an extension of the foregoing deadline. The extension will not affect any other scheduled deadlines. The Parties do not anticipate the need for a

further extension.

STIPULATION

The Parties hereby stipulate that Sun Life's deadline to respond to Plaintiff's Complaint is extended 14 days; because 14 days from May 11, 2015 is a Sunday, Sun Life's response is due Monday, May 26, 2015.

Dated: April 27, 2015

HINSHAW & CULBERTSON LLP

By: /s/ J. Russell Stedman
J. RUSSELL STEDMAN
PETER J. FELSENFELD
Attorneys for Defendant SUN LIFE ASSURANCE COMPANY OF CANADA

Dated: April 27, 2015

LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff ROBERT REYNARD

DAted: 4/28/15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

# CERTIFICATE OF SERVICE

**ROBERT REYNARD v. SUN LIFE ASSURANCE COMPANY OF CANADA and KELLY-MOORE PAINT HEALTH AND WELFARE PLAN**

**3:15-cv-01572 JCS**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, California 94111.

On April 27, 2015, I served the document(s) entitled **STIPULATION EXTENDING DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

Laurence F. Padway
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Oakland, California 94501

☐ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposited such envelope to be placed for collection and handling, via UPS following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked up by UPS at San Francisco, California.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on April 27, 2015, at San Francisco, California.

/s/ Sherie McLean
Sherie McLean