UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT REYNARD,

    Plaintiff,

    v.

KELLY-MOORE PAINT HEALTH AND WELFARE PLAN, et al.,

    Defendants.

Case No. 15-cv-01572-VC

**ORDER GRANTING MOTION TO DISMISS**

Re: Dkt. No. 18, 23

The motion to dismiss is granted.

1. Reynard's claim for ERISA benefits must be dismissed for failure to exhaust his administrative remedies. Reynard had every opportunity to file an appeal challenging the second reason given by the plan for denying his claim, *see*, *e.g.*, *Gabriel v. Alaska Elec. Pension Fund*, 773 F.3d 945, 963-64 (9th Cir. 2014), and the plan informed him of that opportunity. It is possible that the plan's delay in adjudicating Reynard's claim could end up precluding the plan from invoking the three-year contractual limitation period for filing suit. *See*, *e.g.*, *Mahan v. Unum Life Ins. Co.*, 2015 WL 3901883, at *3 (N.D. Cal. June 24, 2015). But there is no reason Reynard could not have appealed the denial in the first instance.

2. Reynard's claim under the California Insurance Code is dismissed because, as Reynard concedes, this claim is preempted under Ninth Circuit law.

3. Reynard's claim for failure to produce plan documents is dismissed because, as Reynard concedes, it has not brought this claim against the proper party, namely, the plan administrator.

Dismissal of the second claim is with prejudice. Dismissal of the first and third claims are without prejudice to raising them at the appropriate time if they become ripe. The hearing scheduled for July 9, 2015 is vacated.

**IT IS SO ORDERED.**

Dated: July 7, 2015



_____
VINCE CHHABRIA
United States District Judge