HORACE W. GREEN, BAR NO. 115699
hgreen@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone:   925 944 9700
Facsimile:    925 944 9701

Attorneys for Defendants
KELLY MOORE PAINT HEALTH AND
WELFARE PLAN and KM INDUSTRIES
HOLDING CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REYNARD,<br><br>  Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMAPNY OF CANADA; KELLY-MOORE PAINT HEALTH AND WELFARE PLAN, and KELLEY-MOORE,<br><br>  Defendants. | Case No. 3:15-CV-1572 VC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF THIRD CLAIM FOR RELIEF** |

Plaintiff **ROBERT REYNARD**, Defendant **SUN LIFE ASSURANCE COMPANY OF CANADA**, and Defendant **KM INDUSTRIES HOLDING CO., INC.** (erroneously named herein as "Kelley-Moore"), by and through their respective counsel of record, hereby stipulate that the Third Claim for Relief of the First Amended Complaint on file herein be dismissed with prejudice as to the Kelly Moore Paint Health and Welfare Plan and KM Industries Holding Co. only, and that KM Industries Holding Co. only be dismissed with prejudice as a party to this action. Each party shall bear their own costs and fees in connection with said dismissal.

| | | |
|---|---|---|
| 1 | Dated: July 23, 2015 | **BUCHMAN PROVINE BROTHERS SMITH LLP** |
| 2 | | |
| 3 | | By:/s/ *Horace W. Green* |
| 4 | | Horace W. Green<br>Attorneys for Defendant |
| 5 | | KELLY MOORE PAINT HEALTH AND<br>WELFARE PLAN and KM INDUSTRIES, INC. |
| 6 | | |
| 7 | | |
| 8 | Dated: July 23, 2015 | **LAW OFFICES OF LAURENCE F. PADWAY** |
| 9 | | |
| 10 | | |
| 11 | | By:/s/ *Laurence F. Padway* |
| 12 | | Laurence F. Padway<br>Attorneys for Plaintiff<br>ROBERT REYNARD |
| 17 | | |
| 18 | Dated: July 23, 2015 | **HINSHAW & CULBERTSON LLP** |
| 19 | | |
| 20 | | By:/s/ *J. Russell Stedman* |
| 21 | | J. Russell Stedman<br>Attorneys for Defendant |
| 22 | | SUN LIFE ASSURANCE COMPANY OF<br>CANADA |

BUCHMAN PROVINE BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK, CA

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL OF THIRD    - 2 -    CASE NO. 3:15-CV-1572 VC
CLAIM FOR RELIEF

**ORDER**

Having reviewed the Stipulation to Dismissal of the Third Claim for Relief, and good cause appearing,

**IT IS HEREBY ORDERED** that the Third Claim for Relief of the First Amended Complaint on file herein be dismissed with prejudice as to the Kelly Moore Paint Health and Welfare Plan and KM Industries Holding Co. only.

**IT IS FURTHER ORDERED** that KM Industries Holding Co. only be dismissed with prejudice as a party to this action. Each party shall bear their own costs and fees in connection with said dismissal.

Dated: July 24, 2015

_____
VINCE CHHABRIA
United States District Court Judge

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL OF THIRD     - 3 -     CASE NO. 3:15-CV-1572 VC
CLAIM FOR RELIEF